PJC
F. #2021R00440

**FILED**
12:24 pm, Sep 15, 2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOHN DOE,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Cr. No. 1:26-cr-00266(JMA)(VMS)

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: Brooklyn, New York
September 14, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

COLIN M. MCDONALD
Assistant Attorney General
U.S. Department of Justice

By: */s/Patrick J. Campbell*
Patrick J. Campbell
Deputy Chief, Health Care Fraud Section
National Fraud Enforcement Division
U.S. Department of Justice
(202) 262-7067

Cc: Clerk of the Court
James Kousouros, Esq.